JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR GONCHAR,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ERNESTO SANTACRUZ JR., et al.,<br><br>　　　　　Respondents. | Case No. 2:26-cv-04399-PD<br><br>**JUDGMENT** |

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is granted as to Ground Two under due process.  The remaining claims are dismissed without prejudice.

DATED: June 1, 2026

_____
Patricia Donahue
United States Magistrate Judge